```
                                              FILED
                                      CLERK, U.S. DISTRICT COURT

                                            FEB - 5 2010

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARRILLO, | Case No. CV 09-0047-JSL (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERNANDO GONZALES, Warden, | |
| Respondent. | |

    IT IS HEREBY ADJUDGED THAT the petition for writ of habeas corpus is denied and dismissed without prejudice.

DATED: 2/5/10

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE